IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RONALD KOPPERT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 5:15-cv-00481-D |

## ORDER

In consideration of the Parties' Joint Stipulation of Dismissal, it is hereby ordered that the above captioned lawsuit is **DISMISSED WITH PREJUDICE**.

SO ORDERED. This __30__ day of June 2016.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　Chief United States District Judge